UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH OF AMBROSIA ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>Defendants. | Case No.  4:22-cv-04655-YGR<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE |

TO PLAINTIFFS AND PLAINTIFF'S COUNSEL OF RECORD:

You are **HEREBY ORDERED TO SHOW CAUSE** in writing by **no later than Tuesday, December 6, 2022,** why this case should not be dismissed for failure to prosecute against defendants City of Oakland, Oakland Police Department, and John Romero.

Plaintiffs filed this action on August 12, 2022.  (Dkt. No. 1.)  Under Federal Rule of Civil Procedure Rule 4(m) service must be made within ninety (90) days after the complaint is filed.  More than ninety days have passed since the complaint was filed.  Plaintiff has not provided proof of service as required by Rule 4(l).  Accordingly, plaintiff is ordered to show cause why the complaint should not be dismissed.

Failure to timely respond to this order will result in dismissal without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 28, 2022

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE